Case 2:23-cv-00990-LMA-MBN   Document 13   Filed 07/17/23   Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jul 17 2023

CAROL L. MICHEL
CLERK

To THE U.S. District Court for the Eastern District of Louisiana:

RE: Mischler v. Borderlone, Civil Action Number 23-990 sec. '15'(5).

"I hereby notify the Court that I object to the State's Answer. The State continues to attempt to manipulate the facts of this case, and mislead this Honorable Court. The State's Answer actually supports that my trial counsel rendered INEFFECTIVE ASSISTANCE of COUNSEL.

I would also offer objection to the State's complete failure to even address the Due Process and Equal Protection issue. The State continues to indulge their modern day witch hunt."

Submitted By
Dennis C. Mischler
DENNIS MISCHLER
July 12, 2023

Dennis Mischler
DOC # 732698; Bldg. 4-G
EHCC
6925 Hwy 74
St. Gabriel, Louisiana 70776

TENDERED FOR FILING

JUL 17 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



BATON ROUGE LA 707

14 JUL 2023 PM 1 L

Dennis Mischler
DOC# 731698, Bldg.4-C
Elayn Hunt Correctional Center
6925 Hwy 74
St. Gabriel, LA 70776

United States Eastern District Court
500 Poydras Street, Rm C151
New Orleans, Louisiana 70130

70130-39679

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER

Legal mail
URGENT
Prison Mail
July 14, 2023