U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Jul 17 2023

CAROL L. MICHEL
CLERK

AJ                    Mail

# IN TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Dennis Mischler, pro se, Petitioner     NO: _____

V.S.     Filed: _____

Donnie Borderlone, warden, respondent     Clerk: _____

## MOTION For Extension OF TIME

Now ENTERS THIS Honorable Court, Dennis Mischler, Pro, se, Petitioner who respectfully presents this Motion for Extension of Time for the following reason(s) to wit:

TENDERED FOR FILING

JUL 17 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Submitted By
*Dennis C. Mischler*
DENNIS C. MISCHLER

PO BOX 174
St. Gabriel, La 70776

To the Honorable U.S. Eastern District Court for the State of Louisiana:

May IT Please the Court: Approximately two (2) weeks ago (Friday, June 13, 2023) Elayn Hunt Correctional Center was placed on Medical Lockdown due to an insurgent of the Corona Virus. Because of this, petitioner (Mischler) along with his inmate Counsel, were unable to have any access to the Center's Legal Library, as well as the necessary resources and documents of the law needed to complete the response to the 22nd Judicial Court Assistant Attorney's response to Mischler's Petition for Habeas Corpus; which was sent to this Honorable Court on June 13, 2023, refuting Mischler's Habeas Corpus.

Furthermore, as of this date, Wednesday, July 12, 2023, this institution continues to be on Medical Lockdown due to Corona Virus; whereby preventing Mischler and his inmate Counsel to adequately and properly respond to, refute, and rebut, the Assistant's rebuttal of Mischler's 3-20-23 Habeas Corpus.

In lieu of this medical emergency and the burden placed on Mischler and his inmate Counsel to complete a response to the DA's June 13, 2023, response in the time given by this esteemed Court, he now comes to this Court with a petition for an extension of 'thirty (30) days' (August 16, 2023).

This extension of time correlates to the time given by the Medical Authorities here at Elayn Hunt medical Center as to the time the medical lockdown will be lifted.

In Conclusion: Mischler prays this Honorable Court respect and understand his difficult situation and renders a decision to allow and grant his thirty (30) days extension request.

Respectfully
*Dennis Mischler II*
Dennis Mischler
P.O. Box 174
St. Gabriel, La 70776

Placed in Prison Mail on July 14, 2023.

Witnessed by
mark Luzzo 449619
P.O. Box 174
St. Gabriel, La 70776



Dennis Mischler
DOC # 732698, Bldg, H-C
Elayn Hunt Correctional Center
6925 Hwy. 74
St. Gabriel, LA 70776

Legal mail
URGENT
Prison Mail
July 14, 2023

United States Eastern District Court
500 Poydras Street, Rm C151
New Orleans, Louisiana 70130

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER

BATON ROUGE LA 707
14 JUL 2023 PM 1 L

7013 0 3205 731