# ORDER

It is ordered this _____ day of _____, 2023 that Petitioner, Dennis Mischler #731698 be Granted Extension of Thirty (30) days to File into this Court response to the District Attorney, Warren Montgomery of St. Tammany Parish refuting Mr. Mischler's Habeaus Corpus.

_____
Judge