# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENNIS MISCHLER** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-990** |
| **TIM HOOPER, ET AL.** | **SECTION: "I" (5)** |

## ORDER

Before the Court is a motion for extension of time (rec. doc. 14) filed by Dennis Mischler.

The motion is granted.

**IT IS ORDERED** that Dennis Mischler has an extension of thirty (30) days – or until August 16, 2023 – within which to file his response to Respondent's response to his petition for habeas corpus.

New Orleans, Louisiana, this 18th day of July, 2023.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE