Case 2:23-cv-00990-LMA-MBN Document 16 Filed 08/25/23 Page 1 of 6

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Aug 25 2023

CAROL L. MICHEL
CLERK

AJ                    Mail

# INTO THE
## Federal Eastern District Court for the Eastern District of LOUiSiana

Dennis Mischler, Petitioner

Versus

State of Louisiana

Doc. No: 23-990

Filed: March 20, 2023

Section '1' (5)

Michael B. North
U.S. Magistrate Judge

## Letter of Notification

Now INTO COURT, comes, Mr. Dennis Mischler who respectfully notifies this Honorable Court, that he stands on the previous objection to the State's rebuttal to issues presented to this Court

Submitted By:

Dennis Mishler II 731698
6925 Hwy. 174
St. Gabriel, La 70776

To the Honorable Eastern District Court for the Eastern District of Louisiana:

Mr. Dennis Mischler is a pro se litigant, who believed he could obtain a better understanding of federal law to support his objection to the State's rebuttal in this case. However, Mr. Mischler has been unable to properly research the law needed to refute the state's argument.

Mr. Mischler humbly thanks this Honorable Court for the extension of time, but does, and will stand on his previous objection to the state's rebuttal to his Habeas Corpus Relief, that is in this Court's possession. Mr. Mischler humbly thanks this Honorable Court for its time and consideration in this case.

Submitted By

Dennis Mischler #731698
6925 Hwy. 174
St. Gabriel, Louisiana 70776

Date August 12, 2023



Dennis Mischka
DOC # 731698, Bldg. 4-C
EHCC
6925 Hwy 74
St. Gabriel, LA 70776
Docket # 23-990

United States Eastern Court
Federal Court for the Eastern District of
Louisiana, Section "I" (5)
c/o Michael B. North
U.S. Magistrate Judge

Bld 4 C

PRISON MAIL
NOT CENSORED NOT RESPONSIBLE
FOR CONTENTS
ELAYN HUNT CORRECTIONAL CENTER

HUNT CORRECTIONAL CENTER
St. Gabriel, LA 70776
Inspector #1
AUG 17 2023
INSPECTED

BATON ROUGE LA 707
15 AUG 2023 PM 1 L
US POSTAGE PITNEY BOWES
ZIP 70776 $ 000.63
0000387932 AUG 15 2023

Dennis Mischler #731698
6925 Hwy. 174
St. Gabriel, LA 70776

U.S. District Court
Eastern District of Louisiana
500 Poydras Ave
Rm C-151
New Orleans, LA 70130

Baton Rouge PM&DC 708
MON 21 AUG 2022 3PM

PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER

To THIS Honorable Court
From: Dennis Mischler

Mr. Mischler was under the impression that the return address received from this Court on envelopes with this Courts address was enough information to get legal responses back to the Court.
Enclose this Court will find the original notice date August 16-17, 2023
again Mr. Mischler stands by his original objection to the District attorney's response