Case 2:23-cv-00990-LMA   Document 18   Filed 03/18/24   Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Mar 15 2024

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DENNIS MISCHLER**                              **CIVIL ACTION**

**VERSUS**                                       **NO. 23-990**

**TIM HOOPER, WARDEN**                           **SECTION: "I"(5)**

### NOTICE OF SERVICE OF REPORT AND RECOMMENDATION

NOW INTO COURT, comes Dennis Mischler, *pro se*, who provides this Court with Notice that he was served with a copy of the Magistrate's Report and Recommendation on March 7, 2024, and that he intends to file a written objection within fourteen days of service, as more specifically set forth below.

1. The United States Magistrate Judge issued its written Report and Recommendation ("Report") on February 26, 2024.

2. The Report, on page 53, states that "a party must file written objections to the proposed findings, conclusions, and recommendation **within fourteen (14) after being served** with a copy..."

3. Mischler swears under penalty of perjury that he was served with a copy of the Magistrate's Report on Thursday, March 7, 2024, at which time he was placed on Legal Mail Callout[1] for the purposes of retrieving legal mail. The Court can verify receipt, and thus the date of service, by requesting same from Elayn Hunt Legal Programs Department should it deem necessary.

4. Mischler submits that fourteen days from the date of service (March 7, 2024) is March 21,

---

1  Any type of legal correspondence, pleading, judgment, or document that arrives at Elayn Hunt Correctional Center for an inmate is separated from the regular post. After separation, inmates are placed on Legal Mail Callout and scheduled to report to a specified area to sign and receive their legal documents. At Legal Mail Callouts, the inmates mail is opened in front of them, and handed to them. The inmate signifies his receipt by signing his name at the appropriate spot on the Daily Legal Mail Report. A Legal Mail Report is prepared, printed and logged for each day. The Report shows the date the legal mail is received, the sender's name, the inmates name and DOC number, and inmates signature (when received).

2024.

5. Mischler intends to file a written objection to the Report within the time delays allowed.

**WHEREFORE**, Dennis Mischler, prays that this Notice of Service be deemed good and sufficient, and that the Court not take any adverse action prior to receiving his written objections, which he intends to file within fourteen days of service.

                              Respectfully submitted:

                              */s/ Dennis Mischler*
                              DENNIS MISCHLER #731698
                              ELAYN HUNT CORR. CENTER
                              6925 HIGHWAY 74
                              SAINT GABRIEL, LA 70776

## CERTIFICATE OF SERVICE

I hereby certify that Elayn Hunt Correctional Center does not grant inmates access to CM/ECF for electronically filing documents. I further certify that I filed the foregoing by first-class mail by placing same in the U.S. Mail Box directed to the Clerk of Court and the following participants:

United States District Clerk's Office
Hale Boggs Federal Bldg.
500 Poydras Street, Rm. C151
New Orleans, LA 70130

Michael B. North, Chief Magis. Judge
Hale Boggs Federal Building
500 Poydras Street, Rm.B419 Div. "I" (5)
New Orleans, LA 70130

Matthew B. Caplan
Asst. District Attorney
701 N Columbia Street
Covington, LA 70433-2760

**Dated: March 9, 2024**

                              */s/ Dennis Mischler*
                              DENNIS MISCHLER

Dennis Mischler #731698
Elayn Hunt Corr. Ctr.
6925 Highway 74
St. Gabriel LA 70776

Michael B. North, Chief Magis-Judge
Hale Boggs Federal Building
500 Poydras Street, Rm. B419
New Orleans LA 70130





PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER