**Dennis Mischler #731698**
**Elayn Hunt Correctional Center**
**6925 Highway 74**
**St. Gabriel, LA 70776**

March 18, 2024

**VIA FIRST-CLASS MAIL**
United States District Clerk's Office
Hale Boggs Federal Bldg.
500 Poydras Street, Rm. C151
New Orleans, LA 70130

      Re:  *Dennis Mischler v. Tim Hooper, Warden*
           U.S. Eastern District, No. 23-990, Section "I" (5)

Dear Clerk:

    I am enclosing three copies of my *Objections to Report and Recommendation* in the referenced matter. Please file one into the record, and return a conformed copy to me in the self-addressed, stamped envelope also enclosed for your convenience. Please route the extra copy to the judge.

    By copy, I am providing all involved with the pleading and this letter. Should you have any questions, please feel free to contact me at the address above.

                                              Sincerely,

                                              Dennis Mischler

DM/vrl

Enclosures:
*Objection to Report and Recommendations*

cc: (*w/ encl.*)

Michael B. North, Chief Magis. Judge
Hale Boggs Federal Building
500 Poydras Street, Rm.B419 Div. "I" (5)
New Orleans, LA 70130

Matthew B. Caplan
Asst. District Attorney
701 N Columbia Street
Covington, LA 70433-2760