UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS MISCHLER | CIVIL ACTION |
| VERSUS | NO. 23-990 |
| TIM HOOPER, WARDEN | SECTION: "I" (5) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation [1] of the United States Magistrate Judge, and the objection [2] by plaintiff, Dennis Mischler, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Dennis Mischler for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of March, 2024.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 17
[2] Rec. Doc. No. 19