UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DENNIS MISCHLER**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                   **NO. 23-990**

**TIM HOOPER, WARDEN**                                                      **SECTION: "I" (5)**

### JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal application for habeas corpus relief filed by petitioner, Dennis Mischler, is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of March, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**