UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DENNIS MISCHLER**      **CIVIL ACTION**

**VERSUS**      **No. 23-990**

**TIM HOOPER**      **SECTION I**

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):
_____

____X____ a certificate of appealability shall not be issued for the following reason(s):

For the reasons expressed in the U.S. Magistrate Judge's report and recommendations denying the petitioner relief, the petitioner has failed to make a substantial showing of the denial of a constitutional right.

New Orleans, Louisiana, March 21, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE