Case 2:23-cv-00990-LMA   Document 23   Filed 04/08/24   Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Apr 8 2024

CAROL L. MICHEL
CLERK

AJ                                                    Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENNIS MISCHLER** | CIVIL ACTION |
| **VERSUS** | NO. 23-990 |
| **TIM HOOPER, WARDEN** | SECTION: "I"(5) |

## MOTION AND NOTICE OF APPEAL

NOW INTO COURT, comes Dennis Mischler, *pro se*, who gives notice that he is appealing to the United States Court of Appeals for the Fifth Circuit from the final judgment[1] of the District Court for the Louisiana Eastern District entered in this case on March 21, 2024 dismissing Petitioner's Petition for Habeas Corpus with prejudice.

**Dated**: April 2, 2024.

Respectfully submitted:

*Dennis Mischler*
DENNIS MISCHLER #731698, *PRO SE*
ELAYN HUNT CORR. CENTER
6925 HIGHWAY 74
SAINT GABRIEL, LA 70776

TENDERED FOR FILING

APR 0 8 2024

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

---

1 Rec. Doc. 22.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing is true and correct to the best of knowledge, information, and belief. I further certify that I filed the foregoing by first-class mail by placing same in the U.S. Mail Box directed to the Clerk of Court and the following individuals:

United States District Clerk's Office
Hale Boggs Federal Bldg.
500 Poydras Street, Rm. C151
New Orleans, LA 70130

Honorable Lance M. Africk, Judge
Hale Boggs Federal Building
500 Poydras Street, Rm.C405 Sec. "I"
New Orleans, LA 70130

Matthew B. Caplan
Asst. District Attorney
701 N Columbia Street
Covington, LA 70433-2760

**Dated: April 2, 2024.**

_Dennis Mischler_
DENNIS MISCHLER

Dennis Mischler #731698
Elayn Hunt Corr. Center
6925 Highway 74
Saint Gabriel, LA 70776

United States District Clerk's Office
Hale Boggs Federal Building
500 Poydras Street, Rm. C151
New Orleans, LA 70130



PRISON MAIL - NOT CENSORED. NOT RESPONSIBLE FOR CONTENTS. ELAYN HUNT CORRECTIONAL CENTER