Dennis Mischler #731698
Elayn Hunt Correctional Center
6925 Highway 74
St. Gabriel, LA 70776

April 2, 2024

**VIA FIRST-CLASS MAIL**
United States District Clerk's Office
Hale Boggs Federal Bldg.
500 Poydras Street, Rm. C151
New Orleans, LA 70130

    Re:   *Dennis Mischler v. Tim Hooper, Warden*
           U.S. Eastern District, No. 23-990, Section "I" (5)

Dear Clerk:

    I am enclosing three copies of my *Motion and Notice of Appeal* in the referenced matter. Please file one into the record, and return a conformed copy to me in the self-addressed, stamped envelope also enclosed for your convenience. Please route the extra copy to the judge.

    By copy, I am providing all involved with the pleading and this letter. Should you have any questions, please feel free to contact me at the address above.

                                                  Sincerely,

                                                  Dennis Mischler

DM/vrl

Enclosures:
*As indicated*

cc: (*w/ encl.*)

Lance M. Africk, Judge
Hale Boggs Federal Building
500 Poydras Street, Rm.C405 Sec. I
New Orleans, LA 70130

Matthew B. Caplan
Asst. District Attorney
701 N Columbia Street
Covington, LA 70433-2760