# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 7, 2024
Lyle W. Cayce
Clerk

No. 24-30231

Dennis Mischler,

*Petitioner—Appellant*,

versus

Tim Hooper, *Warden, Louisiana State Penitentiary*,

*Respondent—Appellee*.

_____

Application for Certificate of Appealability
The United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-990

_____

UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:

  Dennis Mischler, Louisiana prisoner # 731698, seeks a certificate of appealability ("COA") to challenge the denial of his 28 U.S.C. § 2254 application questioning his convictions of oral sexual battery, molestation of a juvenile for more than one year, and possession of child pornography involving juveniles. Liberally construed, Mischler's COA brief contends that (i) trial counsel was ineffective for failing to call several witnesses, failing to investigate, and failing to present certain evidence; (ii) the evidence was

No. 24-30231

insufficient to support his convictions; (iii) Louisiana Code of Evidence article 412.2 and Louisiana Code of Criminal Procedure article 930.2 are unconstitutional; and (iv) the use of article 412.2 evidence violated his right to due process.  He also challenges the district court's failure to hold an evidentiary hearing.

To obtain a COA, Mischler must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  A COA will issue only if Mischler demonstrates "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*, 529 U.S. at 484.

Mischler has not met this standard, so a COA is DENIED.  Because Mischler fails to make the required showing for a COA, we do not reach his claim regarding an evidentiary hearing.  *See United States v. Davis*, 971 F.3d 524, 535 (5th Cir. 2020).