# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 27, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Dennis Mischler
v. Tim Hooper, Warden
No. 24-6225
(Your No. 24-30231)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk