# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 27, 2025

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 24-30231   Mischler v. Hooper
                          USDC No. 2:23-CV-990

Dear Ms. Michel,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sean Hannan, Deputy Clerk